IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HANNAH FRANCIS, as Next Friend for BRIELLE ROWAN, a Minor Child and as Representative of the Estate of ROBERT REED ROWAN, and LARRY ROWAN, | § § § § § § § | |
| Plaintiffs, | § | |
| v. | § § | Case No. 2:14-cv-24-JRG-RSP |
| SMITH COUNTY, TEXAS, | § § § | |
| Defendant. | § | |

## **ORDER**

Pending before the Court is a Report and Recommendation (Dkt. No. 16) which recommends finding Defendant's motion to dismiss be denied. The Court has reviewed the Report and Recommendation (Dkt. No. 16) and finds that it should be **ADOPTED**. Accordingly, Defendant's Motion to Dismiss (Dkt. No. 11) is **DENIED**.

**So Ordered this**
**Mar 29, 2016**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE