# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **HANNAH FRANCIS, as Next Friend for BRIELLE ROWAN, a Minor Child and as Representative of the Estate of ROBERT REED ROWAN, and LARRY ROWAN,** § § § § § § | |
| Plaintiffs, § | **CIVIL ACTION NO: 2:15-CV-00024** |
| v. § | **JRG/RSP** |
| § | |
| **SMITH COUNTY, TEXAS,** § § | |
| Defendant. § | |

## DEFENDANTS' NOTICE OF FILING
## OF RULE 26 (a) (1)(A) INITIAL DISCLOSURES

To: Plaintiff Hannah Francis, as Next Friend for Brielle Rowan, a Minor Child and as Representative of the Estate of Robert Rowan Reed, and Larry Rowan, by and through their attorney of record, Jimmy M. Negem, Negem & Worthington, 440 South Vine Avenue, Tyler, TX 75702.

**COMES NOW** Defendant in the above captioned matter, and pursuant to FEDERAL RULE OF CIVIL PROCEDURE 26(a), gives notice and certifies that Defendant served its Initial Disclosures on all parties on the 6th day of May, 2016.

Respectfully submitted,

/s/ *Stephen D. Henninger*
**THOMAS P. BRANDT**
State Bar No. 02883500
tbrandt@fhmbk.com
**STEPHEN D. HENNINGER**
State Bar No. 00784256
shenninger@fhmbk.com
**FANNING, HARPER, MARTINSON, BRANDT & KUTCHIN, P.C.**
Two Energy Square
4849 Greenville Ave. Suite 1300
Dallas, Texas 75206
(214) 369-1300 (office)
(214) 987-9649 (telecopier)
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been delivered to all parties of record, in compliance with the Court's ECF/CM system and/or Rule 5 of the Federal Rules of Civil Procedure, on the 6th day of May, 2016.

/s/ *Stephen D. Henninger*
**STEPHEN D. HENNINGER**